1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET   )   NO. C 07 0217 SC
   METAL WORKERS, et al.            )
12                                  )
                  Plaintiff,        )
13                                  )   ORDER TO CONTINUE CASE
                                    )   MANAGEMENT CONFERENCE
14         vs.                      )
                                    )
15 FREEDOM SHEET METAL, INC., etc.  )
                                    )
16                Defendant.        )
   _____)
17

18         IT IS ORDERED that the Case Management Conference in this

19 case originally set for June 29, 2007 continued to August 3, 2007 at

20 10:00 a.m. in Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San

21 Francisco, CA.

22 Dated:__JUNE 18, 2007_____        _____
                                       Honorable Samuel Conti
23

*IT IS SO ORDERED*
*Judge Samuel Conti*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE            1