LAW OFFICES OF
## ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431  FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J. BENTON TULLEY (1908-1974)

September 3, 2008

Ms. Karen Hom, Clerk
Magistrate Judge Joseph C. Spero
United States District Court
Courtroom A. 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   Board of Trustees of the Sheet Metal, et al.
       vs. Freedom Sheet Metal, Inc., etc
       United States District Court, Action No. 07 0217 SC (JCS)

Dear Ms. Hom,

The amount of this judgment has been paid.

We request that the Order of Examination be taken off calendar.

Thanks for your assistance in this matter.

Michael J. Carroll

MJC/se                          Dated:  9/3/08

cc:    Freedom Sheet Metal, Inc.



UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Joseph C. Spero

NORTHERN DISTRICT OF CALIFORNIA